















KSR   7/21/06   14:53
3:06-CV-00669   SAITER V. MII LIQUIDATION INC
*4*
*STIPO.*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
R. Gaylord Smith, SB# 72726
Heidi S. Inman, SB# 228079
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone 619/233-1006
Facsimile 619/233-8627

Attorneys for Defendants,
MII LIQUIDATION, INC. f.k.a. METABOLIFE INTERNATIONAL, INC.,
THE CHEMINS COMPANY, INC., DIXIE HEALTH OF PENSACOLA, INC.
D/B/A SMOOTHIE KING AND SMOOTHIE KING FRANCHISES, INC.

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH SAITER, | CASE NO. 06-CV-669 |
| Plaintiff, | Hon. Barry T. Moskowitz<br>Magistrate Judge Jan M. Adler |
| v. | **STIPULATION FOR DISMISSAL AND [proposed] ORDER THEREON** |
| MII LIQUIDATION, INC., fka METABOLIFE INTERNATIONAL, INC., ET AL. | |
| Defendants. | |

Plaintiff Joseph Saiter and Defendants MII Liquidation, Inc. f.k.a. Metabolife International, Inc., The Chemins Company, Inc., Dixie Health of Pensacola, Inc. d/b/a Smoothie King and Smoothie King Franchises, Inc. hereby stipulate that this action be dismissed with prejudice in its entirety, as the parties have settled the matter, pursuant to the confidential release agreement signed by and agreed to by the parties.

\ \
\ \
\ \
\ \
\ \

**ENTERED ON** 7/21/06

SO STIPULATED AND AGREED:

DATED: 7/18, 2006      LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____

R. Gaylord Smith
Heidi S. Inman
Attorneys for Defendant MII
LIQUIDATION, INC., fka METABOLIFE
INTERNATIONAL, INC., THE CHEMINS
COMPANY, INC., DIXIE HEALTH OF
PENSACOLA, INC. D/B/A SMOOTHIE
KING AND SMOOTHIE KING
FRANCHISES, INC.

DATED: July 10, 2006      BEGGS & LANE

By: _____

Thomas F. Gonzalez
Attorneys for Plaintiff JOSEPH SAITER

*pursuant to a settlement,*

IT IS SO ORDERED. *This case (06 CV 669) is dismissed with prejudice, each party to bear their own fees.*

Dated: 7/19/06      _____

Hon. Barry T. Moskowtz

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4811-7187-0721.1

-2-

STIPULATION FOR DISMISSAL
AND [PROPOSED] ORDER THEREON

Saiter v. MII Liquidation, Inc. f.k.a. Metabolife International, Inc., et al.
CASE NO. 06-CV-669

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On July 18, 2006, I served the foregoing document described as **STIPULATION FOR DISMISSAL AND [proposed] ORDER THEREON** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

Thomas F. Gonzalez
Beggs & Lane
501 Commendencia Street
Pensacola, Florida 32502

Attorneys for Plaintiff JOSEPH SAITER

[X] (BY MAIL, 1013a, 2015.5 C.C.P.) I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the offices of the addressee.

[ ] (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and this document was printed on recycled paper.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 18, 2006, at San Diego, California.

*Elaine A. Lallana*

Elaine A. Lallana

LEWIS BRISBOIS BISGAARD & SMITH LLP
550 WEST "C" STREET, SUITE 800
SAN DIEGO, CALIFORNIA 92101-3540
TELEPHONE (619) 233-1006

4811-7187-0721.1